[No. 23778-1-I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO
MUNOZ SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88-1-01370-0, John F. Wilson, J.,
entered February 27, 1989. *Affirmed* by unpublished opin-
ion per Webster, J., concurred in by Winsor and Forrest,
JJ.

[No. 24729-8-I.   Division One.   July 23, 1990.]

REESE TABER, ET AL, *Appellants,* v. HYSTER
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 84-2-00131-0, Michael F. Moynihan, J.,
entered August 18, 1989. *Affirmed* by unpublished opinion
per Coleman, C.J., concurred in by Swanson and Webster,
JJ.

[No. 23957-1-I.   Division One.   July 23, 1990.]

JEARLEAN NEWTON, *Appellant,* v. VIRGIL M.
TOLLEFSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 87-2-02537-8, Mary Wicks Brucker, J.,
entered March 20, 1989. *Affirmed* by unpublished opinion
per Coleman, C.J., concurred in by Scholfield and Pekelis,
JJ.